**RECEIVED**

APR 18 2022

Clerk, U.S. District Court
Juneau, AK

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Case No. 1:22-CV-00024 JMK

*(to be filled in by the Clerk's Office)*

WilliAM CAROl CIARKR

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

-v-

MSNBC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WilliAM C CIARKR |
| Street Address | 8715 TRAI STREET |
| City and County | JuNAAN |
| State and Zip Code | AlASKA 99801 |
| Telephone Number | 907-419-7077 |
| E-mail Address | 123456 IN·DACA @ GMAIl.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

ORGANIZEd CRIMA!

Page 1 of 5

Defendant No. 1

    Name                                  MSNBC

    Job or Title *(if known)*            CORPORATION

    Street Address                30 ROCKFELLER PLAZA

    City and County              NEW YORK

    State and Zip Code          NEW YORK 10112

    Telephone Number          1-866-374-7826

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Page 2 of 5

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)* _____WilliAM C CLARKE_____ , is a citizen of the
State of *(name)* _____AlASKA_____ .

2.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* ·

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

2.     If the defendant is a corporation

The defendant, *(name)* _____MSNBC_____ , is incorporated under

the laws of the State of *(name)* _____NEW YORK_____ , and has its

principal place of business in the State of *(name)* _____NEW YORK_____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

ORGANIZED CRIME !

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 4-15-22 , at *(place)* JUNEAU ALASKA ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

THE DEFENDANTS DID NOT STOP THE PEOPLE THEY
PAID TO COMMIT FELONIES ON MYSELF!

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

MEDICAL EQUIPMENT HACKING TO INFLICT BODILY
HARM + ATTEMPT TO MURDER AND OR DISABLE!

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE DEFENDANT IN MY ESTIMATION IN THE HUNDREDS
OF MILLIONS IN DAMAGES!

CHAPTER 77
CHAPTER 73  1510, 1512, 1513, 1518, 1519
18 USC 1030  1831-1839  1836-1139
18 USC 1035
18 USC 19.61 521

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-15-22

Signature of Plaintiff

Printed Name of Plaintiff    WilliAM C ClARKh

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address







WILLIAM C S(MALCH
8715 TRAIL STRLLT
JUNEAU, AK 99801

U.S. POSTAGE PAID
FCM LG ENV
JUNEAU, AK
99801
APR 15, 22
AMOUNT
$2.96
R2305M149147-27

US District Court/civil cases
P.O. Box 020349
JUNEAU, AK 99802